DAYTON BAR ASSOCIATION *v.* MOORE.

[Cite as Dayton Bar Assn. *v.* Moore (1982), 2 Ohio St. 3d 11.]

(D.D. No. 82-23—Decided November 24, 1982.)

*Mr. James Weprin,* for relator.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 6-101(A)(1), DR 6-101(A)(3), and DR 7-101(A)(2).

It is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.